UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEIL CASWELL and LEROY MERKLE
As GUARDIANS OF THE Person and
Property of DIANE CASWELL,
Incompetent, and NEIL CASWELL, as
Husband of DIANE CASWELL,

    Plaintiffs,

v.                                                                           Case No. 8:03-cv-2182-T-30MSS

FORD MOTOR COMPANY, A Foreign
Corporation, and COOPER TIRE & RUBBER
COMPANY, A Foreign Corporation,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Cooper Tire & Rubber Company's (Defendant) Motion for Summary Judgment (Dkt. #50) and Plaintiff's Response (Dkt. #52). Plaintiff's Complaint alleges that Defendant is liable to Plaintiff for damages arising out of a vehicular accident based on a theory of strict liability. Plaintiff claims that a partial DOT number (ending in either 331376 or 81376) and the product name ("Bronco Radial APD Tires") establish that Defendant is the manufacturer of the tire that is the subject of this action.

Defendant has moved for Summary Judgment on the ground that it did not manufacture the tire. As evidence, Defendant has presented an affidavit from a senior Cooper Tires employee stating that Defendant has never "designed, manufactured,

sold, and/or introduced into the stream of commerce any tire bearing a DOT number ending with the digits 331376 or 81376."

In its response, Plaintiff contends that an error in the DOT numbers is not fatal to the cause since the name "Bronco Radial APD" is also molded into the tire and because Plaintiff provided Defendant with a photograph of the tire involved. Alternatively, Plaintiff argues that the Motion for Summary Judgment is premature since discovery is ongoing and Plaintiff should be given an opportunity to challenge the basis of the affidavit.

The Court, having considered the motion and response, and being otherwise fully advised, finds that the Court's decision on the Motion should be deferred and the Plaintiff given sixty (60) days to conduct discovery on this matter and to supplement the record to avoid summary judgment.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Summary Judgment (Dkt. #50) is **DEFERRED** pending additional discovery.

2. Defendant shall have sixty (60) days to conduct additional discovery and to supplement the record in this matter.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record