UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEIL CASWELL and LEROY MERKLE
As GUARDIANS OF THE Person and
Property of DIANE CASWELL,
Incompetent, and NEIL CASWELL, as
Husband of DIANE CASWELL,

    Plaintiffs,

v.                                            Case No. 8:03-cv-2182-T-30MSS

FORD MOTOR COMPANY, and
COOPER TIRE & RUBBER COMPANY,

    Defendants.

_____/

## AMENDED ORDER

    **THIS CAUSE** comes before the Court upon **Defendant Cooper Tire & Rubber Company's Motion for Summary Judgment (Dkt. #50)** and Plaintiffs' Response (Dkt. #52). Plaintiffs' Complaint alleges that Defendant Cooper is liable to Plaintiffs for damages arising out of a vehicular accident based on a theory of strict liability. Plaintiffs claim that a partial DOT number (ending in either 331376 or 81376) and the product name ("Bronco Radial APD Tires") establish that Defendant Cooper is the manufacturer of the tire that is the subject of this action.

    Defendant Cooper has moved for Summary Judgment on the ground that it did not manufacture the tire. As evidence, Defendant Cooper has presented an affidavit from a senior Cooper Tires employee stating that Defendant Cooper has never

"designed, manufactured, sold, and/or introduced into the stream of commerce any tire bearing a DOT number ending with the digits 331376 or 81376."

In its response, Plaintiffs contend that an error in the DOT numbers is not fatal to the cause since the name "Bronco Radial APD" is also molded into the tire and because Plaintiffs provided Defendant Cooper with a photograph of the tire involved. Alternatively, Plaintiffs argue that the Motion for Summary Judgment is premature since discovery is ongoing and Plaintiffs should be given an opportunity to challenge the basis of the affidavit.

The Court, having considered the motion and response, and being otherwise fully advised, finds that the Court's decision on the Motion should be deferred and the Plaintiffs given sixty (60) days to conduct discovery on this matter and to supplement the record to avoid summary judgment.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Cooper Tire & Rubber Company's Motion for Summary Judgment (Dkt. #50) is **DEFERRED** pending additional discovery.

2. **Plaintiffs** shall have sixty (60) days to conduct additional discovery and to supplement the record in this matter.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\PDF TEMP FILE\03-cv-2182.AmendedOrder.wpd